UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEWAYNE M. JENNINGS, et al.,**

    **Plaintiffs,**

    v.                            **Case No. 2:09-cv-208**
                                    **JUDGE GREGORY L. FROST**
**DWAYNE A. BODRICK, et al.,**         **Magistrate Judge Terence P. Kemp**

    **Defendants.**

## ORDER

In light of the notice of filing of bankruptcy (ECF No. 77), the Court hereby **STAYS** this case pending action by the bankruptcy court that lifts the automatic stay or concludes the bankruptcy case. *See* 11 U.S.C. § 362(a). The Court therefore **VACATES** the briefing schedule set forth in the October 29, 2014 Order (ECF No. 75) and **ADMINISTRATIVELY CLOSES** this case, which will be reactivated with the lifting of the stay. The parties must notify this Court within fourteen days of when the bankruptcy stay is lifted or the bankruptcy case has concluded.

    **IT IS SO ORDERED.**

                                                        /s/ Gregory L. Frost
                                                         GREGORY L. FROST
                                                         UNITED STATES DISTRICT JUDGE