IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DeWAYNE M. JENNINGS, *et al.*, : | |
| : | Case No. 09-cv-208 |
| **Plaintiffs,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Kemp |
| DWAYNE A. BODRICK, *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-styled matter (Doc. 101), which recommends that the case be stayed and administratively closed pending the resolution of a related adversary proceeding, (Case No. 14-ap-2333 (Bankr. S.D. Ohio, 12 Dec. 2014)), which is still in progress. (*See id.*, Notice of Hr'g, Doc. 57.)

The Report and Recommendation specifically advised parties "that failure to object to the Report and Recommendation will result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (Doc. 101 at 5.) No objection has been filed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, the Court **STAYS** this matter pending the resolution of the above-reference adversary proceeding pending in the Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

                                              <u>s/Algenon L. Marbley</u>
                                              **ALGENON L. MARBLEY**
**Dated: October 20, 2016**                  **UNITED STATES DISTRICT COURT**