IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEWAYNE M. JENNINGS, *et al.*, | :<br>: Case No. 2:09-CV-208 |
| Plaintiffs, | :<br>: JUDGE ALGENON L. MARBLEY |
| v. | :<br>: Magistrate Judge Vascura |
| DWAYNE A. BODRICK, *et al.*, | : |
| Defendants. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's July 30, 2018, Report and Recommendation which recommended that the Court dismiss the matter with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 4-5). The parties have failed to file any objections, and the deadline for objections (August 13, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                 s/ Algenon L. Marbley
                                                 **ALGENON L. MARBLEY**
                                                 **UNITED STATES DISTRICT JUDGE**

**DATED: August 30, 2018**